UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


ROBERT BEAM

v.                                                      Civ. Case No. 8:15-cv-2562-T-24TGW
                                                        Cr. Case No. 8:14-cr-34-T-24TGW

UNITED STATES OF AMERICA

                                              /

## **ORDER**

This cause is before the Court upon Petitioner's motion to vacate, set aside, or correct an

allegedly illegal sentence pursuant to 28 U.S.C. § 2255.  Upon consideration of the motion and in

accordance with the *Rules Governing Section 2255 Cases in the United States District Courts*, the

Court finds that the Motion shall be **DENIED WITHOUT PREJUDICE** for failure to comply with

Rule 2(d) of the *Rules Governing Section 2255 Cases in the United States District Courts.*

Rule 2(d) provides that "The petition must substantially follow either the form appended to

these rules or a form prescribed by a local district-court rule."  In this case, the motion does not

substantially follow the standard form.  Petitioner may file his § 2255 motion to vacate using the

standard form on or before December 3, 2015.  Petitioner may also file a memorandum in support

of the motion, which shall not exceed 25 pages.

The Clerk is directed to mail a copy of the standard § 2255 form to Petitioner along with a

copy of this Order.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of November, 2015.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Petitioner